UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

JEROME TALLEY,   )
　　　　　　　　 )
　　Petitioner,  )   NO. **CV-15-549-LRS**
　　　　　　　　 )
　　v.           )   **ORDER OF DISMISSAL**
　　　　　　　　 )
DEPARTMENT OF    )
CORRECTIONS,     )
　　　　　　　　 )
　　Respondent.  )
_____  )

　　Having reviewed Petitioner's 28 U.S.C. §2254 petition for writ of habeas corpus (ECF No. 1), the Report and Recommendation of James P. Donohue, Chief United States Magistrate Judge (ECF No. 7), the Petitioner's objections to the same (ECF No. 9), and the remaining record, **IT IS ORDERED**:

　　1) The Court **ADOPTS** the Report and Recommendation in its entirety;

　　2) Petitioner's Motion To Dismiss his petition for lack of subject matter jurisdiction (ECF No. 6) is **DENIED**;

　　3) Petitioner's Motion For Relief From Order Dismissing Federal Habeas Petition (ECF No. 8) is **DISMISSED as moot** since it preceded the instant order and repeats what is alleged in Petitioner's objections to the Report and Recommendation;

　　4) Petitioner's petition for writ of habeas corpus (ECF No. 1) is **DISMISSED without prejudice** for failure of petitioner to demonstrate that his single ground for relief is eligible for federal habeas review;

///

**ORDER OF DISMISSAL-**　　　　1

5) In accordance with Rule 11 of the Rules Governing Section 2254 Cases In The United States District Courts, a certificate of appealability is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive shall enter Judgment accordingly and forward a copy of the Judgment and this order to the Petitioner.

**DATED** this___13th___ day of August, 2015.

*s/Lonny R. Suko*

LONNY R. SUKO
Senior U. S. District Court Judge

**ORDER OF DISMISSAL-** 2